■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LIMOLI, Appellant.— Judgment of conviction reversed on the facts and in the interest of justice and a new trial granted. Memorandum: Appellant and one Charles Kobryn were jointly indicted by the Grand Jury of Monroe County of burglary in the third degree and were tried together in the Monroe County Court. The jury returned a verdict of guilty against both defendants and each was sentenced to a term of imprisonment of from 5 to 10 years. On appeal by Kobryn, the court by a divided vote reversed the judgment of conviction and ordered a new trial (People v. Kobryn, 3 A D 2d 132). It follows that the judgment of County Court of Monroe County convicting this appellant of the crime of burglary in the third degree should be reversed in the interest of justice and a new trial ordered. (See People v. Pennise, 278 App. Div. 713.) All concur, except Bastow, J., who dissents and votes for affirmance. (Appeal from a judgment of Monroe County Court convicting defendants of the crime of burglary, third degree.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.

■ CHRISTINE KEANE, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 32966.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for damages for personal injuries alleged to have been sustained by claimant by reason of negligence in maintenance of passageway below Niagara Falls.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.

■ DAVID J. KEANE, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 32967.) — Same decision and like cause of action as in companion case of Keane v. State of New York (4 A D 2d 1001).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JAMES McCARTHY, Appellant.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ OLEAN WHOLESALE GROCERY CO-OPERATIVE, INC., Respondent, v. A. SYLVESTER CUMMINGS, Individually and as President of Local 649, etc., Appellant.— Order entered October 30, 1957 vacated and application for a stay denied; application to argue a portion of the appeal from the judgment granting a temporary injunction denied in the exercise of discretion, without prejudice to the right of the appellant to take such action as he may be advised to abandon a portion of the appeal.

■ BETTY J. ROSS, Appellant, v. JOHN ROSS, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ PIETRO SILVIO, Plaintiff, v. WILLIAM E. FRANK et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ RICHARD SWANSTROM et al., Plaintiffs, v. CITY OF JAMESTOWN, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ ADELIA LINDMARK, Plaintiff, v. CITY OF JAMESTOWN, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ GRANT W. ANDERSON et al., Plaintiffs, v. CITY OF JAMESTOWN, Defendant.— Appeal dismissed, without costs, upon stipulation.